IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON L. WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF G.J. AHERN, CAPT. K. JACKSON, LT. JAMES, DEPUTY TRACY, and DEPUTY POSEDEL,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 12-6059 SI<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

Plaintiff Walker failed to timely respond to defendants' motion to dismiss. The Court issued an order for Walker to show cause why the case should not be dismissed for failure to prosecute and for failure to keep the Court informed of his correct address. The Court has received Walker's timely response, which articulated why he had failed to prosecute and informed the Court of his current address. The Court is satisfied. In accordance with that response, the Court sets the following briefing schedule for defendants' motion to dismiss: **Response Due April 5, 2013; and Reply Due April 12, 2013.**

The matter will be submitted for argument without hearing.

　　**IT IS SO ORDERED.**

Dated: March 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge