**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON L. WALKER, | No. C 12-6059 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE** |
| v. | |
| SHERIFF G.J. AHERN, CAPT. K. JACKSON, LT. JAMES, DEPUTY TRACY, and DEPUTY POSEDEL, | |
| Defendants. / | |

After initially failing to timely respond to defendants' motion to dismiss, *pro se* plaintiff Walker satisfactorily responded to the Court's order to show cause, and the Court set a new briefing schedule. *See* Docket Nos. 19, 22. However, plaintiff Walker also failed to meet the new briefing schedule, and the Court issued a second order to show cause why the case should not be dismissed for failure to prosecute. Docket No. 26. In response, Walker explained the difficulties he has had representing himself, including the fact that he did not receive copies of all the filed documents. He has asked for a continuance of the case until after August 28, 2013, when he will be released from San Quentin State Prison, so that he may "properly research his case, retain an attorney, and appear in court out of custody."

Accordingly, the Court GRANTS plaintiff's motion for a continuance. It sets the following briefing schedule for defendants' motion to dismiss: **Response Due September 27, 2013; Reply Due October 4, 2013; Hearing October 18, 2013.**

**IT IS SO ORDERED.**

Dated: May 8, 2013

SUSAN ILLSTON
United States District Judge