UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERNON L. WALKER,

    Plaintiff,

    v.

G. J. AHERN, et al.,

    Defendants.

Case No. 12-cv-06059-WHO (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff Vernon Walker was returned as undeliverable more than 60 days ago. Accordingly, this civil rights action is hereby DISMISSED without prejudice because Walker failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 1, 2014

WILLIAM H. ORRICK
United States District Judge